IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cv-03237-PAB-MEH

DAMON KELLEY,

    Plaintiff,

v.

UNISYS CORPORATION, a Delaware Corporation,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 93] of Chief United States District Judge Philip A. Brimmer, entered on March 29, 2021, it is

ORDERED that Defendant's Motion for Summary Judgment [Docket No. 59] is GRANTED.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff on all claims.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is dismissed with prejudice.

2

Dated: March 30, 3021

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
        Deputy Clerk

2